AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

------------------------------------------------------------DISTRICT OF-------------------------------------------------------------

EXHIBIT LIST

**USA**

v.

Nicholas Languerand                                     Case Number:   4:21cr 183

| Presiding Judge<br><br>Thomas E Rogers III | Government's attorney<br>Elliott Daniels | Defendant's Attorney<br><br>AFPD Michael Meetze |
|---|---|---|
| Hearing Date<br><br>April 20, 2021 | Court Reporter<br><br>L Gibbons, Court Smart | Courtroom Deputy<br><br>Sharon Welch-Meyer |

| Gov No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 1 | | | | x | video |
| 2 | | | | x | video |
| 3 | | | | x | photos of defendant |
| 4 | | | | x | photo of LWT tunnel |
| 5 | | | | x | photo of LWT tunnel |
| 6 | | | | x | map showing LWT tunnel |
| 7 | | | | x | US Capitol restricted area |
| 8 | | | | x | State of Vermont Petition for Protective Order |
| 9 | | | | x | Final order of protection |
| 10 | | | | x | May 2020 report |
| 11 | | | | x | Morristown PD report |
| 12 | | | | x | Hardwick PD report |
| 13 | | | | x | August 2020 police report |
| 14 | | | | x | Morristown PD Report |
| 15 | | | | x | photos/residence |
| 16 | | | | x | photos |
| 17 | | | | x | defendant's cell phone |
| 18 | | | | x | defendant's writings |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____