AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The Premises Located at ▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (the "Residence")

Case No.     4:21cr183 TER

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attached Affidavit.

located in the _____ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

See attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b) | Assaulting, Resisting or Impeding an Officer Using a Dangerous Weapon |
| 18 U.S.C. § 231(a)(3) and §2 | Civil Disorders (Aiding and Abetting) |
| 18 U.S.C. § 641 and §2 | Theft of Government Property (aiding and Abetting)l Entry |

The application is based on these facts:
For additional Code Sections, Offense Descriptions, and Facts, please see Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Patricia C. Norden, Special Agent FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
FaceTime _____ *(specify reliable electronic means)*.

Date: April 14, 2021

_____
Judge's signature

City and state: Florence, South Carolina     Honorable Thomas E. Rogers, III, U.S. Magistrate Judge
Printed name and title