**Attachment A to Affidavit of Special Agent Norden Dated April \_\_\_, 2021**
**(Filed Under Seal)**
**Property to be Searched**

1. The property to be searched is referred to in the search warrant affidavit as "the **Residence**," which is the premises located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, to include any outbuildings and vehicles on the curtilage. The residence is a single-family home, with light yellow and light gray siding and a one car garage. The **Residence** is depicted below:

